Pamela B. Petersen
NV No. 6451
Amy L. Nguyen (*Pro Hac Vice*)
Peter Brown (*Pro Hac Vice*)
AXON ENTERPRISE, INC.
17800 N. 85th Street
Scottsdale, AZ 85255-9603
Telephone: (623) 326-6016
Fax: (480) 905-2027
ppetersen@axon.com
amynguyen@axon.com
pbrown@axon.com

*In Association With:*

Meng Zhong
NV No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 474-2636
Fax: (702) 216-6259
mzhong@lrrc.com

*Attorneys for Plaintiff Axon Enterprise, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AXON ENTERPRISE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LUXURY HOME BUYERS, LLC d/b/a/ ACCREDITED FINANCIAL SERVICES, a Nevada Limited Liability Company,<br><br>Defendant. | **Case No.: 2:20-cv-01344**<br><br>**STIPULATION TO EXTEND BRIEFING TIME ON DEFENDANT'S MOTION TO DISMISS [ECF No 10]   & ORDER**<br><br>(First Request to Extend Time)<br><br>ECF No. 13 |

**STIPULATION TO EXTEND BRIEFING TIME ON DEFENDANT'S MOTION TO DISMISS**

1
2
3

Plaintiff and Defendant through undersigned counsel, and in accordance with LR IA 6-2 and LR 7-1, hereby submit this Stipulation to Extend Briefing Time on Defendant's Motion to Dismiss [ECF No 10] as follows:

4

Plaintiff shall have up to and until **September 15, 2020** to file its opposition; and

5

Defendant shall have up to and until **September 25, 2020** to file its reply brief.

6
7
8
9

This extended time period is not for the purposes of delay but, rather, to allow the parties sufficient time to properly brief the dispositive issues before the Court and to accommodate the schedules of the parties relative to preparing the same.

10
11

Dated this 28th day of August, 2020.

12
13
14
15
16
17
18

By: */s/ Amy L. Nguyen*

Pamela B. Petersen (NV No. 6451)
Amy L. Nguyen (*Pro Hac Vice*)
Peter Brown (*Pro Hac Vice*)
AXON ENTERPRISE, INC.
17800 N. 85th Street
Scottsdale, AZ 85255-9603
Telephone: (623) 326-6016
Fax: (480) 905-2027
ppetersen@axon.com
amynguyen@axon.com
pbrown@axon.com

19
20
21
22
23

Meng Zhong
NV No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 474-2636
Fax: (702) 216-6259
mzhong@lrrc.com

24

*Attorneys for Plaintiff Axon Enterprise, Inc.*

By: */s/ Brian R. Hardy, Esq.*

Brian R. Hardy, Esq. (NV No. 10068)
Terry A. Coffing, Esq. (NV No. 4949)
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
Fax: 702-382-5816
Email: bhardy@maclaw.com
Email: tcoffing@maclaw.com

*Attorneys for Defendant Luxury Home Buyers, LLC.*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 1, 2020

25
26
27
28

**STIPULATION TO EXTEND BRIEFING TIME ON DEFENDANT'S MOTION TO DISMISS**

2