**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
sgillespie@maclaw.com
tcoffing@maclaw.com
  Attorneys for Defendant Luxury Home Buyers, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AXON ENTERPRISE, INC., a Delaware Corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>LUXURY HOME BUYERS, LLC d/b/a ACCREDITED FINANCIAL SERVICES, a Nevada Limited Liability Company,<br><br>           Defendant. | Case Number:  2:20-cv-01344-JAD-VCF<br><br>**DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM CM/ECF SERVICE LIST** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

..

### DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM CM/ECF SERVICE LIST

Defendant Luxury Home Buyers, LLC, ("Defendant") hereby submits this Motion to Remove Counsel from CM/ECF Service List to remove a single counsel, Terry A. Coffing, Esq. Mr. Coffing is no longer working on the instant matter and as such, the email addresses of tcoffing@maclaw.com and smong@maclaw.com should be removed from the CM/ECF e-filing list. Accordingly, the undersigned respectfully requests that the Clerk remove Mr. Coffing's name as counsel for Defendant.

Dated this 4th day of January, 2022.

MARQUIS AURBACH COFFING

By */s/ Terry A. Coffing, Esq.*
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney(s) for Defendant Luxury Home Buyers, LLC

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  1-5-2022  _____

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM CM/ECF SERVICE LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 4th day of January, 2022.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Pamela B. Petersen, Esq.
Amy L. Nguyen, *(Pro Hac Vice)*
Peter Brown, *(Pro Hac Vice)*
17800 N. 85th Street
Scottsdale, AZ  85255-9603
ppetersen@axon.com
amynguyen@axon.com
pbrown@axon.com

*AND*

Meng Zhong, Esq.
Lewis Roca Rothgerber Christie, LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV  89169
mzhong@lrrc.com

*Attorneys for Plaintiff,*
*Axon Enterprise, Inc.*

/s/ Michelle Monkarsh
an employee of Marquis Aurbach Coffing