**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
  Attorneys for Defendant Luxury Home Buyers, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AXON ENTERPRISE, INC., a Delaware Corporation,<br><br>                            Plaintiff,<br><br>  vs.<br><br>LUXURY HOME BUYERS, LLC d/b/a ACCREDITED FINANCIAL SERVICES, a Nevada Limited Liability Company,<br><br>                            Defendant. | Case Number:  2:20-cv-01344-JAD-VCF<br><br>**DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

Defendant Luxury Home Buyers, LLC, by and through its attorneys of record, the law firm of Marquis Aurbach, hereby requests that Susan E. Gillespie, Esq. be removed from the list of counsel to be noticed because Ms. Gillespie is no longer an attorney with the law firm of Marquis Aurbach.

Additionally, the above counsel also requests that Susan E. Gillespie, Esq. be removed as counsel of record and the email addresses of sgillespie@maclaw.com and smong@maclaw.com be removed from the CM/ECF service list.

Dated this 16th day of November, 2022.

                                MARQUIS AURBACH

                                By *s/Brian R. Hardy*
                                   Brian R. Hardy, Esq.
                                   Nevada Bar No. 10068
                                   10001 Park Run Drive
                                   Las Vegas, Nevada 89145
                                   Attorney for Defendant Luxury Home Buyers, LLC

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  11-16-2022
_____

Page 1 of 2

MAC:16169-001 4903788_1 11/16/2022 9:25 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada  89145
(702) 382-0711  FAX: (702) 382-5816

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 16th day of November, 2022.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

*s/Sherri Mong*
an employee of Marquis Aurbach

MAC:16169-001 4903788_1 11/16/2022 9:25 AM