Pamela B. Petersen
NV No. 6451
Peter Brown (*Pro Hac Vice*)
AXON ENTERPRISE, INC.
17800 N. 85th Street
Scottsdale, AZ 85255-9603
Telephone: (623) 326-6016
Fax: (480) 905-2027
ppetersen@axon.com
pbrown@axon.com

*In Association With:*

Meng Zhong
NV No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 474-2636
Fax: (702) 216-6259
mzhong@lrrc.com

*Attorneys for Plaintiff Axon Enterprise, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AXON ENTERPRISE, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> LUXURY HOME BUYERS, LLC d/b/a/ ACCREDITED FINANCIAL SERVICES, a Nevada Limited Liability Company, <br><br> Defendant. | **Case No. 2:20-cv-01344-JAD-VCF** <br><br> **STIPULATION FOR MUTUAL EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS (FIRST REQUEST)** |

STIPULATION FOR MUTUAL EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS
1

Pursuant to the Court's most recent Scheduling Order (Doc. 51), dispositive motions are due this Friday, November 18, 2022. In accordance with LR IA 6-1 and LR 6-2, the Parties hereby stipulate and seek a brief mutual extension of this deadline until **noon on Wednesday, November 23, 2022**, and further agree to allow five extra days to respond to any such motions to account for the intervening Thanksgiving holiday.

This is the first request to extend the dispositive motion deadline and is not interposed for delay or any improper purpose. Plaintiff Axon Enterprise, Inc. ("Axon") initiated this extension request due to a death in the family this week of the attorney with primary drafting responsibility for Axon's motion for summary judgment, who has also been lead counsel for discovery in this case and is most knowledgeable with the record evidence necessary to support the motion.

RESPECTFULLY SUBMITTED this 16th day of November, 2022.

/s/ Pam Petersen
AXON ENTERPRISE, INC.
Pamela B. Petersen, NV Bar No. 6451
Peter Brown (*Pro Hac Vice*)
17800 N. 85th Street
Scottsdale, AZ 85255-9603
Email: ppetersen@axon.com

Meng Zhong, NV Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway,
Suite 600 Las Vegas, NV 89169

*Attorneys for Plaintiff Axon Enterprise, Inc.*

/s/ Jennifer Micheli
Jennifer Micheli, Esq. NV Bar No. 11210
Brian R. Hardy, Esq. NV Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Email: jmicheli@maclaw.com

*Attorney(s) for Defendant Luxury Home Buyers, LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH

DATED: 11-21-2022

STIPULATION FOR MUTUAL EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS
2