Pamela B. Petersen
NV No. 6451
Peter Brown (*Pro Hac Vice*)
AXON ENTERPRISE, INC.
17800 N. 85th Street
Scottsdale, AZ 85255-9603
Telephone: (623) 326-6016
Fax: (480) 905-2027
ppetersen@axon.com

*In Association With:*

Meng Zhong
NV No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 474-2636
Fax: (702) 216-6259
mzhong@lrrc.com

*Attorneys for Plaintiff Axon Enterprise, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AXON ENTERPRISE, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LUXURY HOME BUYERS, LLC d/b/a/ ACCREDITED FINANCIAL SERVICES, a Nevada Limited Liability Company,<br><br>　　　　　Defendant. | **Case No. 2:20-cv-01344-JAD-VCF**<br><br>**STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE** |

STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE

1

In accordance with LR IA 6-2 and LR 7-1, the Parties hereby stipulate and request that the Court reschedule the settlement conference currently set for September 20, 2023 (Doc. 71) at a date and time convenient for the Court *either* the week of October 16-20, 2023, *or* after October 24, 2023. Undersigned lead counsel and VP of Litigation for Plaintiff will be on sabbatical and out of the country for the month of September. Additional dates in October that present unavoidable conflicts for the Parties include October 11-15 (Defendant) and October 23-24 (Plaintiff).

RESPECTFULLY SUBMITTED this 31st day of July, 2023.

/s/ Pam Petersen
AXON ENTERPRISE, INC.
Pamela B. Petersen, NV Bar No. 6451 Peter Brown (*Pro Hac Vice*)
17800 N. 85th Street
Scottsdale, AZ 85255-9603
Email: ppetersen@axon.com

Meng Zhong, NV Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway,
Suite 600 Las Vegas, NV 89169

Attorneys for Plaintiff Axon Enterprise, Inc.

/s/ Jennifer Micheli (with permission)
Jennifer Micheli, Esq. NV Bar No. 11210
Brian R. Hardy, Esq. NV Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Email: jmicheli@maclaw.com

*Attorney(s) for Defendant Luxury Home Buyers, LLC*

## ORDER

**The September 20, 2023 mediation (ECF No. 71) is RESET to October 18, 2023 at 11:00 AM. The confidential statements and email addresses are due October 11, 2023 at 4:00 PM. The rest of the prior order (ECF No. 71) remains in FULL FORCE.**

**IT IS SO ORDERED.**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH

DATED: 8/1/23