# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

Axon Enterprise, Inc.,

        Plaintiff(s),

v.

Luxury Home Buyers, LLC d/b/a Accredited Financial Services,

        Defendant(s).

2:20-cv-01344-JAD-VCF

**ORDER**

      The parties have stipulated to reschedule the settlement conference currently set for October 18, 2023. ECF No. 85.  Defense counsel has learned that she is unavailable that date. *Id.*

      Accordingly,

      I HEREBY ORDER that Defendant's stipulation to reschedule (ECF No. 85), is GRANTED.

      As my calendar does not permit scheduling this settlement conference before my retirement on January 7, 2024, I FURTHER ORDER that the October 18, 2023, settlement conference is VACATED, subject to rescheduling after January 7, 2024.

      DATED this 6th day of October 2023.

                                           CAM FERENBACH
                                           UNITED STATES MAGISTRATE JUDGE