**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Jennifer L. Micheli, Esq.
Nevada Bar No. 11210
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
jmicheli@maclaw.com
   Attorneys for Defendant Luxury Home Buyers, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AXON ENTERPRISE, INC., a Delaware Corporation,<br><br>                         Plaintiff,<br>vs.<br><br>LUXURY HOME BUYERS, LLC d/b/a ACCREDITED FINANCIAL SERVICES, a Nevada Limited Liability Company,<br><br>                         Defendant. | Case Number:  2:20-cv-01344-JAD-VCF<br><br>**REQUEST TO EXEMPT DEFENDANT FROM ATTENDING SETTLEMENT CONFERENCE IN-PERSON, AND TO ATTEND THE SETTLEMENT CONFERENCE REMOTELY VIA VIDEO CONFERENCING** |

COMES NOW, Defendant LUXURY HOME BUYERS, LLC d/b/a ACCREDITED FINANCIAL SERVICES (hereafter referred to "LHB") and hereby requests that the designated represented and sole owner of LHB, Jeff R. Wenger, be exempted from attending the March 27, 2024 Settlement Conference (EFC No. 89) *in-person* in Courtroom 3C.

While Defendant LHB is a limited liability company formed under the laws of the State of Nevada, its single owner and operator, Mr. Wenger, is a resident of the State of Florida. Mr. Wenger's health declined in the Fall of 2023 such that his primary care physician and ENT specialist Thomas Magardino, M.D. authored a directive to Mr. Wenger that he avoid traveling while he continues to experience vertigo because traveling causes an exacerbation in his symptoms that include losing his balance and oftentimes injuring himself in falls. (*See* Uyen Le, PA's correspondence attached hereto as **Ex. 1**).

MAC:16169-001 5385304_1.docx

1   Defendant therefore requests that his physical presence be waived as a requirement
2   of the settlement conference. Specifically, good cause exists given his health issues that he
3   be permitted to attend the settlement conference through alternative means. It is therefore
4   requested that this Court permit him to attend the March 27, 2024 settlement conference via
5   videoconference. His counsel will nonetheless attend in person.

6   Should this court wish for any further documentation to confirm Mr. Wenger's
7   ailments, the same will be made readily available.

8   Dated this 20th day of February, 2024.

MARQUIS AURBACH

By */s/ Jennifer L. Micheli*
   Brian R. Hardy, Esq.
   Nevada Bar No. 10068
   Jennifer L. Micheli, Esq.
   Nevada Bar No. 11210
   10001 Park Run Drive
   Las Vegas, Nevada 89145

   *Attorney for Defendant Luxury Home Buyers, LLC*

**IT IS SO ORDERED** this motion is GRANTED. For good cause shown. No opposition filed. The defendant's counsel is responsible for joining Defendant's designee, Jeff. R. Wenger, to the Settlement Conference by telephone.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 3-12-24

MAC:16169-001 5385304_1.docx

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **REQUEST TO EXEMPT DEFENDANT FROM ATTENDING SETTLEMENT CONFERENCE IN-PERSON, AND TO ATTEND THE SETTLEMENT CONFERENCE REMOTELY VIA VIDEO CONFERENCING** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 20th day of February, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within three calendar days to the following non-CM/ECF participants:

/s/ Lennie Fraga
an employee of Marquis Aurbach

MAC:16169-001 5385304_1.docx